UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : Civ. No.  1:19-cv-11286-AJN |
| v. | : |
| LADENBURG THALMANN FINANCIAL SERVICES INC., HENRY C. BEINSTEIN, GLENN C. DAVIS, BRIAN S. GENSON, DR. RICHARD M. KRASNO, RICHARD J. LAMPEN, MICHAEL S. LIEBOWITZ, HOWARD M. LORBER, JACQUELINE M. SIMKIN, MARK ZEITCHICK, ADAM MALAMED, | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  February 28, 2020         Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
270 Madison Avenue
New York, New York 10016
Tel:  (212) 545-4600
Fax: (212) 686-0114
Email:  melwani@whafh.com
*Attorneys for Plaintiff*